We need to be able to do more with these institutions. I understand your number. I'm curious to see what she's held in this case. She's served two years for a long time in jail, too. I think the question is, or the only question that this Court has to answer this morning, is whether a district court, which is a person who needs civil rights, also pays attention to these kinds of situations as a part of the case. So is there any question? I think there is. And that's what I believe. The evidence in this case marks that there is absolutely no question. Tracey, copy that. Mary, are you still here? I can't read words.  Oh, I'm sorry. Oh, I'm sorry. Yes, I do. There's one. What is your name? I'm Brian. Brian. Nice to meet you. Nice to meet you. I'm Brian. Brian. Nice to meet you. Nice to meet you. Good. Looks like you've been a big hit in New York. Where?  New York.  Yeah, New York. Is the mayor absent in the Poineilles area? Oh. I don't know.  Yeah, I'm here. What are you thinking? I'm thinking about what I'm gonna do. I'm thinking about what I'm gonna do. I'm thinking about what I'm gonna do. So what he says is, while others like you say, I need to plan my next steps, so I can hear how the public thinks that, or something I can do for the public's confidence, and the context of this case I'm thinking about. I'm thinking about New York City. This would be all silence, I assume. Silence. So, if you remember, I think you were 59 or 60. And so, it doesn't seem at all like that. So, what I mean is, I think that you're being New York. Boy, I recognize you. You're 60. You're 59 or 60. What Mr. Kelly is saying there is, you're on your own now, and you're in the process of trying to find someone to represent 55 years ago. And so, do you think he ever asks to continue? He says, in New York City, he says, can you preserve silence? Can you cancel the structure of New York City? He says, can you plan to continue? Can you cancel? And he really says, if I can. Silence. This is in my state story. You're 65. Mmhm. Well, I rate, State that Batta Boi rates less than Republican. He was indicated citizen of New York. But, that's not what I'm saying. She is slightly less than the Republicans. What I'm saying is there is obviously an immigration Trump. What he does, is exile you out there. He makes a whole lot of money for the Democrats in New York. This is in my state story. This is in my state story. This is in my state story. What I'm asking you is, does he want to be president in 20 years, should he be president? Is he willing to be president? So this is in my state story. That's how I rate his grades here. He predicted everything. This is in the... first 0.5 million votes. So, as a being, as a person, as a speaker, we communicate in certain ways, regardless of what the case was, we sort of testify to this notion. What I mean is, he had pretty decent grades in Baltimore, and then I watched him appearing, and I think that he was pretty decent. I mean, 0.5 million votes, and then the context of the case, I think, sort of, made it pretty easy for me to kind of get on his side of the case. And a lot of years later, he was my first lawyer, and I really appreciate it. As soon as the district court comes into effect, as soon as he's in your pocket, you know, you can't do anything. Thank you. Um... At least you're going to be taking it to the court if the judge wants to deny it. I don't know if you're going to want it to the court if the judge wants to deny it, but we'll see how that continues. Um, but the question, what we, what we, are the main reasons that this, that this is, was not the appropriate course, um, of action. And, you know, there's some of the suggestions, you know, maybe he has, maybe he has ways, um, you know, to stop this process after it's passed. Um, and just anything, you know, we haven't looked into it. I mean, I don't know if this is going to be important or not, but the, kind of, intricacies of the attempt is, is always, there's always factors, but it's, this work is repeated, so it's absolutely important for the, for each of the arguments that the, the problems that exist that are in Congress. So, that's, that's what we do. Um, I don't think that this must, um, whatever it was, that this was not put in as the, um, as a joint obligation of, you know, the State Agency, and, 01
judges: O'scannlain, Clifton, N.R. Smith